# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-111 |
| | ) | |
| v. | ) | Dist. Judge Curtis L. Collier |
| | ) | |
| RICHARD LEBRON HAIRSTON | ) | Mag. Judge Michael J. Dumitru |

## <u>O R D E R</u>

On May 6, 2026, U.S. Magistrate Judge Michael J. Dumitru filed a report and recommendation (Doc. 23) recommending that the Court: (1) accept Defendant's motion to withdraw his not-guilty pleas as to Counts One and Two of the two-count Indictment; (2) accept Defendant's guilty pleas to Counts One and Two of the two-count Indictment; (3) adjudicate Defendant guilty of the charges set out in Counts One and Two of the two-count Indictment; and (4) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty pleas as to Counts One and Two of the two-count Indictment is **GRANTED**;

2. Defendant's pleas of guilty to Counts One and Two of the two-count Indictment are **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in

violation of 21 U.S.C. § 841(a) and (b)(1)(c) and possession of a firearm in violation of 18 U.S.C. § 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **October 7, 2026, at 2:00 p.m**., before the undersigned, or until further order of this Court.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**